**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **DYNAMIC DATA TECHNOLOGIES, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Case No. 2:18-cv-466-RWS |
| | § | |
| **GOOGLE LLC AND YOUTUBE, LLC,** | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

## JOINT MOTION TO TRANSFER TO THE DISTRICT OF DELAWARE

Plaintiff Dynamic Data Technologies, LLC and Defendants Google LLC and YouTube, LLC (collectively, the "Parties"), jointly and respectfully request that the Court enter an Order transferring the above-styled action to the District of Delaware.  The Parties are in agreement on the request set forth herein.  A proposed order is submitted herewith.

Dated: July 16, 2019          Respectfully submitted by:

*/s/ Michael C. Hendershot, with permission by*
*Michael E. Jones*
Michael C. Hendershot
mhendershot@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Tel: (650) 739-3939

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311

**Attorneys for Defendants**
**Google LLC and YouTube LLC**

*/s/ Daniel P. Hipskind, with permission by*
*Michael E. Jones*
Elizabeth L. DeRieux
TX Bar No. 05770585
**CAPSHAW DERIEUX, LLP**
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: 903-845-5770
E-mail: ederieux@capshawlaw.com

Dorian S. Berger (CA SB No. 264424)
Daniel P. Hipskind (CA SB No. 266763)
Eric B. Hanson (CA SB No. 254570)
**BERGER & HIPSKIND LLP**
9538 Brighton Way, Suite 320
Beverly Hills, California 90210
Telephone: 323-886-3430
Facsimile: 323-978-5508
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com
E-mail: ebh@bergerhipskind.com

**Attorneys for Dynamic Data Technologies, LLC**